LAW OFFICE OF DAVID GARLAND
David Garland, Bar # 223679
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 366-1069

Attorneys for Defendant
Josevan Arias

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00178-WBS |
| Plaintiff, | STIPULATION REGARDING CHANGE TO CONDITIONS OF RELEASE; [~~PROPOSED~~] ORDER |
| v. | |
| JOSEVAN ARIAS., | DATE: October 31, 2019 |
| Defendant. | COURT: Hon. EDMUND F. BRENNAN |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, defendant JOSEVAN ARIAS was released after his initial appearance in the Northern District of Illinois.

2. By previous order, defendant JOSEVAN ARIAS was released after his initial appearance here in the Eastern District of California and is currently residing with his child's maternal grandmother in the Northern District of California.

3. Due to rules and regulations of "Section 8" of the Housing Act of 1937, the maternal grandmother can no longer afford to have the defendant reside with her in the Northern District of California.

4. Therefore, the defendant respectfully requests that this Court modify the conditions of his release as follows: to permit defendant to turn in his electronic monitoring equipment to Pre-Trial Services in the Northern District on the evening of November 4, 2019; to board Spirit Airlines flight 188, unmonitored, to Chicago on the morning of November 5, 2019, arriving at 435 p.m. local time; report to Pre-Trial Services in the Northern District of Illinois no later than 9 a.m. on November 6, 2019; allow Pre-Trial Services in the Northern District of Illinois to monitor him while he remains on pre-trial release; allow him to travel to the Eastern District as required for court appearances.

1

5. All of the other conditions of release shall remain in full force and effect while the defendant is traveling to the Northern District of Illinois and will continue to remain in effect after he arrives and commences pre-trial supervision in the Northern District of Illinois.

6. Should the defendant encounter any delays in transit, he shall contact Pre-Trial Services here in the Eastern District immediately to advise of the same.

7. Darryl Walker is the assigned pre-trial services representative in this case. Mr. Walker is aware of this request and has no objection to it.

IT IS SO STIPULATED.

Dated: October 31, 2019         /s/ DAVID GARLAND
                                DAVID GARLAND
                                Counsel for Defendant
                                JOSEVAN ARIAS.

Dated: October 31, 2019         McGregor W. Scott
                                United States Attorney

                                /s/ James Conolly
                                James Conolly
                                Assistant United States Attorney

# [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of November, 2019.

EMDUMD F. BRENNAN
U.S. MAGISTRATE JUDGE

2