McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOSEVAN ARIAS,<br>ELMER RODRIGUEZ-COLIO<br><br>                              Defendants. | CASE NO.  2:19-CR-178-WBS<br><br>ORDER SETTING FURTHER STATUS<br>CONFERENCE AND EXCLUDING TIME<br>PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: October 26, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

This matter came on before the Court for a status conference on October 26, 2020, at 9:00 a.m.
Defendant Josevan Arias, his attorney, David Garland, and counsel for the United States, James
Conolly, were present via videoconference.  Defendant Josevan Arias, with his counsel's agreement,
waived his right to personal appearance and agreed to proceed via videoconference.  Defendant Elmer
Rodriguez-Colio has not yet appeared in this matter.  The United States indicated to the Court that Mr.
Rodrigues-Colio's whereabouts remain unknown to law enforcement at this time.

Defense counsel represented to the Court that he is still in the process of reviewing discovery in
this matter, conducting investigation, and conferring with his client in anticipation of a proposed plea
offer from the United States, and requested a further status conference on February 8, 2021.

In light of the need for defense counsel's discovery review and investigation, as well as
preparation of counsel for potential resolution of the matter, the United States requested that time be
excluded under the Speedy Trial Act from October 26, 2020, to February 8, 2021, inclusive, on the basis

[PROPOSED] ORDER SETTING FURTHER STATUS
CONFERENCE AND EXCLUDING TIME PERIODS UNDER
THE SPEEDY TRIAL ACT

that the ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendant in a speedy trial, citing Local Code T4.  18 U.S.C.§ 3161(h)(7)(A), B(iv).  Defense counsel agreed with the United States' basis for the request to exclude time, and that exclusion of time was appropriate based thereon.

Therefore, the Court hereby finds and orders that:

1.  The Court, having heard the parties, finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

3.  The Court ORDERS that the time from the date of the status conference, October 26, 2020, up to and including February 8, 2021, shall be excluded from the computation of time within which trial must commence, under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

4.  The Court ORDERS further that the next status conference shall be set for February 8, 2021, at 9:00 a.m.

5.  The defendant, Josevan Arias, shall remain on pretrial release as previously ordered and shall appear before the Court at the February 8, 2021 status conference.

IT IS SO FOUND AND ORDERED.

Dated:  October 27, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE